IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | TEAM SYSTEMS INTERNATIONAL, LLC | § § § § | |
| | Plaintiff | § § § | |
| v. | | § § | CIVIL ACTION NO. CIV-14-1018-D |
| 1. | JEFF HAOZOUS, ALSO KNOWN AS JEFF HOUSER, INDIVIDUALLY, AND AS PRESIDENT OF FORT SILL APACHE INDUSTRIES AND CHIEF EXECUTIVE OFFICER OF FORT SILL APACHE INDUSTRIES BOARD OF DIRECTORS | § § § § § § § § § § | |
| 2. | FORT SILL APACHE INDUSTRIES BOARD OF DIRECTORS AS MANAGERS OF FORT SILL APACHE INDUSTRIES | § § § § § § | |
| 3. | FORT SILL APACHE INDUSTRIES | § § § | |
| | Defendants | § | |

PLAINTIFF'S DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF LLC OR PARTNERSHIP

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Team Systems International, LLC, Plaintiff, hereby makes its "Disclosure

Statement Identifying Constituents of LLC or Partnership" as required by this Court's LCvR 7.1.1, and identifies its members as follows:

    Deborah Evans Mott, a citizen of the State of Florida

    Chris Mott, a citizen of the State of Virginia

    John Maciorowski, a citizen of the State of Maryland.

None of the individuals named is a citizen of the State of Oklahoma, the State of citizenship of each named adversary.

        Respectfully submitted,

        COKINOS, BOSIEN & YOUNG

        BY:   */s/ Michael B. Lee*
            GREGORY M. COKINOS
            Bar No. 04527250
            Gmcokinos@cbylaw.com
            MICHAEL B. LEE
            Bar No. 12129500
            OBA No. 14-139
            mlee@cbylaw.com
            Four Houston Center
            1221 Lamar Street, 16th Floor
            Houston, Texas 77010-3039
            713.535.5500 Tel.
            713.535.5533 Fax

        ATTORNEYS FOR TEAM SYSTEMS
        INTERNATIONAL, LLC

OF COUNSEL
MULINIX, OGDEN, HALL & LUDLAM, PLLC
ARMANDO ROSELL
OBA No. 18821
rosell@lawokc.com
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, Oklahoma 73102
405.232.4800 Tel
405.232.8999 Fax

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of December 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronically Filing to the following ECF registrants:

Armando J. Rosell
rosell@lawokc.com
dcedwards@lawokc.com
mailto:shelley@lawokc.com

Lyndon W. Whitmire
Clayton D. Ketter
Amy D. White
Phillips Murrah, P.C.
101 North Robinson Avenue, 13th Floor
Oklahoma City, Oklahoma 73102
lwwhitmire@phillipsmurrah.com
cdketter@phillipsmurrah.com
adwhite@phillipsmurrah.com

Eugene Bertman
McCormick & Bryan, PLLC
219 East Main Street
Norman, Oklahoma 73069
gbertman@mccormickbtyran.com

/s/ Michael B. Lee