UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Team Systems International, L.L.C. )
)
)
Plaintiff(s) )
)
)
vs. ) CASE NO. CIV-14-1018
Jeff Houzous, Also Known as Jeff Houser, )
Individually and as President of Fort Sill Apache )
Industries and Chief Executive Officer of Fort Sill )
Apache Industries Board of Directors, et al. )
Defendant(s) )
)

## SECOND CORRECTED NOTICE OF APPEAL

Notice is hereby given that __Team Systems International, LLC__

Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on __May 7, 2015 (Dkt. No. 31)__ titled "Order" and the "Judgment" filed on May 7, 2015 (Dkt. 32).

_____
Signature

Armando J. Rosell
Printed Name

3030 Oklahoma Tower, 210 Park Avenue
Mailing Address

Oklahoma City, Oklahoma 73102
City, State, Zip

405-232-3800          405-232-8999
Phone No.             Fax No.

Rosell@lawokc.com
Email Address

Rvsd 10-09