UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Team Systems International, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1018 |
| | ) | |
| Jeff Haozous, Also Known As Jeff Houser, Individually and as President of Fort Sill Apache Industries and Chief Executive Officer of Fort Sill Apache Industries Board Of Directors, et al., | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Team Systems International, LLC, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order (Dkt. No. 31) and Judgement (Dkt. No. 32) entered in this action on May 7, 2015, and the Order denying Plaintiff's Motion for Post-Trial Relief Pursuant to Federal Rule of Civil Procedure 59(e) (Dkt. No. 53) entered in this action on November 30, 2015.

Dated this 30th day of December, 2015.

                                                                          *s/ John E. Howland*
                                                                          John E. Howland, OBA No. 4416
                                                                           ROSENSTEIN, FIST & RINGOLD
                                                                           525 South Main Street, Suite 700
                                                                           Tulsa, Oklahoma 74103
                                                                           Tele.: 918-585-9211
                                                                           Fax: 918-583-5617

                                                                           Attorney for Plaintiff

Of Counsel:

Chip G. Schoneberger
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Ph: 303-333-9810
Fax: 303-333-9876
cschoneberger@fostergraham.com

## CERTIFICATE OF SERVICE

     I hereby certify that on December 30, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gregory M. Cokinos  
Michael B. Lee  
Cokinos, Bosien & Young  
Four Houston Center  
1221 Lamar Street, 16th Floor  
Houston, Texas 77010-3039  

Armando Rosell  
Mulinex, Ogden, Hall & Ludlam, PLLC  
3030 Oklahoma Tower  
210 Park Avenue  
Oklahoma City, Oklahoma 73102  

Amy D. White  
Clayton D. Ketter  
Lyndon W. Whitmore  
Phillips Murrah, PC  
101 N. Robinson Avenue, 13th Floor  
Oklahoma City, Oklahoma 73102  

Eugene K. Bertman  
McCormick & Bryan PLLC  
219 E. Main  
Cleveland, Oklahoma 73069  

                                            *s/ John E. Howland*  
                                            John E. Howland